# Order

Michigan Supreme Court
Lansing, Michigan

November 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

152655(163)

In re MARDIGIAN Estate
_____

MARK S. PAPAZIAN, Executor for the Estate of
ROBERT DOUGLAS MARDIGIAN,
      Appellee,

v

MELISSA GOLDBERG, SUSAN V. LUCKEN,
NANCY VARBEDIAN, EDWARD
MARDIGIAN, GRANT MARDIGIAN, and
MATTHEW MARDIGIAN,
      Appellants,
and

JP MORGAN CHASE BANK, NA,
      Appellee.
_____/

SC: 152655
COA: 319023
Charlevoix PC: 12-011738-DE,
   12-011765-TV

On order of the Chief Justice, the motion of the Probate and Estate Planning Section of State Bar of Michigan to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before November 3, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____November 1, 2017_____    

Clerk